**FILED: 12/11/12**

JS - 6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Arthur Babayan*, | CASE NO. CV 12-2263-GHK (FFMx) |
| Plaintiff, | JUDGMENT |
| v. | |
| *Nationwide Credit, Inc., et al.* | |
| Defendants. | |

Pursuant to the Court's November 29, 2012 Order, IT IS HEREBY ADJUDGED that Plaintiff Arthur Babayan's ("Plaintiff") claims against Defendant Nationwide Credit, Inc. are **DISMISSED with prejudice.** Pursuant to the Court's December 11, 2012 Order, IT IS HEREBY ADJUDGED that Plaintiff's claims against Defendants Citi Commerce Solutions, Inc., J.C. Christensen & Associates, Inc., MRS BPO, LLC, Evans Law Associates, P.C., Enhanced Recovery Company, LLC, and Paramount Recovery Services, Inc. are **DISMISSED without prejudice**.

**IT IS SO ORDERED**.

DATED: December 11, 2012

_____
GEORGE H. KING
Chief United States District Judge